

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00349-CR

**DAVID LEE HOOD,**

Appellant

v.

**THE STATE OF TEXAS,**

Appellee

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2005-320-C2**

## MEMORANDUM OPINION

David Lee Hood was convicted of forgery and sentenced to two years in state jail. *See* TEX. PENAL CODE ANN. § 32.21 (Vernon Pamp. 2010). The sentence was suspended and Hood was placed on community supervision for 5 years. Community supervision was revoked on August 26, 2010. Hood appeals the judgment revoking his community supervision.

Hood was notified by letter of the Clerk dated September 29, 2010 that the case was subject to dismissal because it appeared that the certification of defendant's right of appeal indicated that Hood waived his right of appeal. *See* TEX. R. APP. P. 25.2(d).

Hood was further warned that the Court would dismiss this appeal unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal.  More than 21 days have passed and Hood has not filed a response.

Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Judge Scoggins[1]
Appeal dismissed
Opinion delivered and filed November 17, 2010
Do not publish
[CR25]

---

[1]  The Honorable Al Scoggins, Jr., Judge of the 378th District Court of Ellis County, sitting by assignment of the Chief Justice of the Supreme Court of Texas pursuant to section 74.003(h) of the Government Code. *See* TEX. GOV'T CODE ANN. § 74.003(h) (Vernon 2005).